1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | Case No. 2:11-CR-0275 JAM |
|---|---|
| Plaintiff, | Case No. 2:12-CR-0309 JAM |
| v. | STIPULATION AND ORDER RESETTING SENTENCING HEARING FOR DEFENDANT JESUS BRUCE |
| JESUS BRUCE, et al., | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Jesus BRUCE, by and through his counsel of record, Hayes H. Gable, Esq., stipulate and agree that the currently-scheduled judgment and sentencing hearing for this defendant on September 9, 2014, should be continued to November 4, 2014, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: September 8, 2014          /s/ JASON HITT
                                  JASON HITT
                                  Assistant United States Attorney

Dated: September 8, 2014          /s/ HAYES H. GABLE, Esq.
                                  HAYES H. GABLE, Esq.
                                  Counsel for Defendant, authorized to sign for Mr. Gable on
                                  September 8, 2014

STIPULATION AND [PROPOSED] ORDER

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The judgment and sentencing hearing for defendant Jesus BRUCE on September 9, 2014, is VACATED; and

2. Judgment and sentencing for defendant BRUCE is reset for November 4, 2014, at 9:30 a.m.

**IT IS SO ORDERED**.

DATED: __9/8/2014                              /s/ John A. Mendez_____

                                               JOHN A. MENDEZ
                                               United States District Judge