1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         Case No. 2:11-CR-0275 JAM
                                      Case No. 2:12-CR-0309 JAM
12                     Plaintiff,
                                      STIPULATION AND ORDER RESETTING
13              v.                    SENTENCING HEARING FOR DEFENDANT
                                      JESUS BRUCE
14  JESUS BRUCE, et al.,

15                     Defendants.

16

17                                **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant Jesus

19  BRUCE, by and through his counsel of record, Hayes H. Gable, Esq., stipulate and agree that the

20  currently-scheduled judgment and sentencing hearing for this defendant on September 9, 2014, should

21  be continued to November 4, 2014, at 9:30 a.m.

22      IT IS SO STIPULATED.

23

24  Dated: September 8, 2014            /s/ JASON HITT
                                        JASON HITT
25                                      Assistant United States Attorney

26  Dated: September 8, 2014            /s/ HAYES H. GABLE, Esq.
                                        HAYES H. GABLE, Esq.
27                                      Counsel for Defendant, authorized to sign for Mr. Gable on
                                        September 8, 2014
28

    STIPULATION AND [PROPOSED] ORDER

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The judgment and sentencing hearing for defendant Jesus BRUCE on September 9, 2014, is VACATED; and

2. Judgment and sentencing for defendant BRUCE is reset for November 4, 2014, at 9:30 a.m.

**IT IS SO ORDERED**.

DATED: __9/8/2014                    /s/ John A. Mendez_____

                                     JOHN A. MENDEZ
                                     United States District Judge