HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 354
Sacramento, CA 95814
Telephone:  (916) 446-3331
Facsimile:  (916) 447-2988
hhgable@gmail.com

Attorney for Defendant
JESUS BRUCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 2:11-cr-00275 JAM |
| Plaintiff, | |
| vs. | Case No.: 2-12-cr-00309 JAM |
| **JESUS BRUCE**, | |
| Defendant. | **STIPULATION AND ORDER RESETTING SENTENCING HEARING FOR DEFENDANT JESUS BRUCE** |
| | Hon. John A. Mendez |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United

States Attorney Jason Hitt, and defendant Jesus Bruce, by and through his attorney of record,

Hayes H. Gable III, agree and stipulate to vacate the existing sentencing date in the above-

entitled case, February 2, 2016, and to continue the matter April 5, 2016, at 9:15 a.m.

1

Accordingly, the parties request the Court to adopt this stipulation.

Dated: January 27, 2016

/s/Hayes H. Gable III
HAYES H. GABLE III
Attorney for Defendant
JESUS BRUCE


/s/Hayes H. Gable III for
JASON HITT
Assistant United States Attorney


## ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1.  The judgment and sentencing hearing for defendant JESUS BRUCE on February 2, 2016, is VACATED; and,

2.  Judgment and sentencing for defendant BRUCE is reset for April 5, 2016, at 9:15 a.m.

IT IS SO ORDERED.

Date: 1/27/2016                          /s/ John A. Mendez
                                         HON. JOHN A. MENDEZ
                                         United States District Court Judge

2